UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDEZ D. MCDANIELS,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | No. 2:20-cv-1871 AC P<br><br><br><br>ORDER |

Plaintiff, a jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the request for leave to proceed in forma pauperis is not on the form used in this District and does not provide the required information, including completion of the certificate portion of the form that must be completed by plaintiff's institution of incarceration. Also, plaintiff has not filed a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his jail trust account statement.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty (30) days from the date of this order, submit: (a) a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court; and (b) a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: October 5, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE