1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MERCEDEZ D. MCDANIELS,                    No.  2:20-cv-1871 AC P

12                    Plaintiff,

13          v.                                   ORDER

14    SOLANO COUNTY SHERIFF
      DEPARTMENT, et al.,
15
                      Defendants.
16

17

18          Plaintiff, a state prisoner proceeding pro se, requests that this action be dismissed.  See

19    ECF No. 6.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

20          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

21    DATED: October 21, 2020

22                                              _____

23                                              ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28